■ ROBERT L. ROOK et al., Appellants-Respondents, v 60 KEY CENTRE, INC., et al., Respondents. 60 Key Centre, Inc., Third-Party Plaintiff, v ALUMA SYSTEMS CORPORATION, Third-Party Defendant-Respondent. BURKE COMPANY, Fourth-Party Plaintiff, v FRANK L. CIMINELLI CONSTRUCTION CO., INC., Fourth-Party Defendant-Respondent. MOBILE MATERIALS HANDLING EQUIPMENT, LTD., Fourth-Party Plaintiff, v FRANK L. CIMINELLI CONSTRUCTION Co., INC., et al., Fourth-Party Defendants-Respondents. (Appeal No. 2.) [661 NYS2d 578] —Order unanimously reversed on the law with costs and motion granted. Same Memorandum as in *Rook v 60 Key Centre* (239 AD2d 926 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, Whelan, J.—Preclusion.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.